ANNA HONEBEIN, Appellant, *v.* VILLAGE OF MONTICELLO et al., Respondents.

Argued November 25, 1942; decided January 7, 1943.

*Ellsworth Baker* for appellant.

*Bernard Wiess* and *Herman A. Machson* for Village of Monticello, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.